No. 85–1199.   FIRST ENGLISH EVANGELICAL LUTHERAN CHURCH OF GLENDALE *v.* COUNTY OF LOS ANGELES, CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   [Probable jurisdiction noted, 478 U. S. 1003.]   Further consideration of the motion of appellee to dismiss the appeal is deferred to the hearing of the case on the merits.

No. 85–1200.   CALIFORNIA COASTAL COMMISSION ET AL. *v.* GRANITE ROCK CO.   C. A. 9th Cir.   [Probable jurisdiction postponed, 475 U. S. 1094.]   Further consideration of the motion of appellee to strike portions of the brief and appendix of the Big Sur Foundation et al. as *amici curiae* is deferred to the hearing of the case on the merits.   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–1206.   ROSE *v.* ROSE ET AL.   Ct. App. Tenn.   [Probable jurisdiction noted, 478 U. S. 1003.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   Motion of appellees for divided argument granted.

No. 85–1239.   AMOCO PRODUCTION CO. ET AL. *v.* VILLAGE OF GAMBELL ET AL.; and

No. 85–1406.   HODEL, SECRETARY OF THE INTERIOR, ET AL. *v.* VILLAGE OF GAMBELL ET AL.   C. A. 9th Cir.   [Certiorari granted, 476 U. S. 1157.]   Motion of the Solicitor General for divided argument granted.

No. 85–1358.   LUKHARD, COMMISSIONER, VIRGINIA DEPARTMENT OF SOCIAL SERVICES *v.* REED ET AL.   C. A. 4th Cir.   [Certiorari granted, 477 U. S. 903.]   Motion of the Solicitor General for divided argument granted.

No. 85–1329.   YOUNG ET AL. *v.* UNITED STATES EX REL. VUITTON ET FILS S. A. ET AL.   C. A. 2d Cir.   [Certiorari granted, 477 U. S. 903.]   Motion of petitioner Sol N. Klayminc to proceed further herein *in forma pauperis* granted.